UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:08CV-00170-TBR

**DERRICK SANCHO LOVING**                                                                       **PETITIONER**

**VS.**

**NANCY DOOM, Warden**                                                                            **RESPONDENT**

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss (DN 10) is GRANTED and the § 2254 petition is DISMISSED with prejudice.

A Certification of Appealability is DENIED.

Copies to:   Petitioner, *pro se*
             Counsel of Record